UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20926
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

WESLEY JOSEPH SLANINA,
also known as Wesley J. Slanina,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston
_____

ON REMAND FROM SUPREME COURT
OF THE UNITED STATES
November 27, 2002

Before JOLLY, SMITH and BENAVIDES, Circuit Judges.

BY THE COURT:

IT IS ORDERED that appellant's motion for summary remand
is GRANTED.  We view the Supreme Court order of remand to this
court as vacating the judgment of this court, not the judgment and
conviction of the district court.  We remand to the district court,
as suggested by both parties, so that the district court may decide
in the first instance the impact of *Ashcroft v. Free Speech
Coalition*, 535 U.S. 234, 122 S.Ct. 1389 (2002), on the judgment of

conviction and sentence.